UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

> **FILED**
>
> January 30, 2025
>
> CLERK, US DISTRICT COURT
> EASTERN DISTRICT OF
> CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

 DEVON NELSON,

        Defendant.

Case No.  2:25-mj-00016-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  DEVON NELSON ,

Case No.  2:25-mj-00016-CKD , Charge 21 USC § 841(1)(1), from custody for the

following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $  50,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other):  The defendants release is delayed until 01/31/2025 at 9:00 AM.

_____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 30, 2025, at 3:00 PM.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE